UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **COURTNEY EVANS,** | : | CASE NO. C-1-02-376 |
| Plaintiff, | : | |
| vs. | : | (Judge Beckwith) |
| Police Officer **MICHAEL J. MERCER,** et al., | : | |
| | : | |
| Defendants. | | |

## NOTICE OF ENTRY OF APPEARANCE OF SPECIAL COUNSEL FOR DEFENDANT POLICE OFFICERS MICHAEL J. MERCER AND ROBERT LITMAN IN THEIR INDIVIDUAL CAPACITIES

Notice is hereby given that **David E. Hardin** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering his appearance as Special Counsel for defendant Police Officers Michael J. Mercer and Robert Litman, in their individual capacities, in the above-captioned matter.

/s/ David E. Hardin
David E. Hardin          (Ohio Reg. #0066415)
**Special Counsel for Defendant Police Officers Michael J. Mercer and Robert Litman**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
(513) 721-7300

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance has been served by ordinary U.S. mail, postage prepaid, upon Kenneth L. Lawson, attorney for Plaintiff Courtney Evans, 1575 The Kroger Building, 1014 Vine Street, Cincinnati, Ohio 45202; and Michael J. Harmon, Esq., City of Cincinnati, 801 Plum Street, Room 214, Cincinnati, Ohio, 45202, attorney for defendants Michael J. Mercer and Robert Litman in their official capacities, this 8th day of October, 2003.

/s/ David E. Hardin
David E. Hardin          (Ohio Reg. #0066415)