AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

COURTNEY EVANS

              V.

MICHAEL J. MERCER, et al.

Case Number:   1:02-cv-00376

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | **DATE AND TIME**<br>NOVEMBER 5, 2003 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1.    **All parties must bring their client or a representative with full settlement authority.**

KENNETH J. MURPHY, CLERK

s/Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: Kenneth Lawson, Esq.     Stephen Lazarus, Esq.     David Hardin, Esq.